United States District Court
Southern District of Texas
**ENTERED**
March 25, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **JUAN MANUEL GARCIA SEGUI,** | § | |
| | § | |
| **Petitioner,** | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:26-cv-2056** |
| | § | |
| **DAVID COLE, *et al.*,** | § | |
| | § | |
| **Respondents.** | § | |

## ORDER

The Court has been informed that Petitioner Juan Manuel Garcia Segui's Verified Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C § 2241 is duplicative of the habeas petition pending in *Garcia Segui v. Cole et al*, 5:26-cv-2056 (S.D. Texas) (Kazen, J.) referred to (Quiroga, M.J.). ECF No. 8. Petitioner is currently detained in the Rio Grande Processing Center in Laredo, Texas. *Id.* In light of these circumstances, the Court **DISMISSES** the Petition without prejudice.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 25th day of March, 2026.

Keith P. Ellison
United States District Judge